Colin M. Simpson, W.S.B. # 5-2312
Larry B. Jones, W.S.B. #5-1847
BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.
1135 14TH Street
Cody, WY 82414
307-527-7891 Phone
307-527-7897 Fax
csimpson@burgsimpson.com
ljones@burgsimpson.com
ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| STATE OF WYOMING | ) | |
| COUNTY OF PARK | ) | |
| | ) | |
| JENNIFER L. ANDERSON, | ) | |
| | ) | Case No. 20-CV-159 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BROTHERS PYROTECHNICS, INC., a | ) | |
| Chinese corporation, | ) | |
| CODY J. KROMREY and | ) | |
| EARL W. LEARNED d/b/a ATLANTIS | ) | |
| FIREWORKS, | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE – EARL W. LEARNED d/b/a ATLANTIS FIREWORKS

 Pursuant to Rule 41(a)(1)(B), Federal Rules of Civil Procedure, Plaintiff and Defendant, Earl W. Learned d/b/a Atlantis Fireworks, hereby stipulate that the above-captioned action be dismissed with prejudice as to Earl W. Learned d/b/a Atlantis Fireworks only, each party to pay their own costs and attorneys' fees.

BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.
Signed Original on File at

Respectfully submitted,
LAW OFFICE OF HALL & EVANS, LLC

<table>
<tr><td>

/s/ Colin M. Simpson, Es

Colin M. Simpson, #5-2312
Larry B. Jones, #5-1847
Attorney for Plaintiff
1135 14th Street
Cody, WY 82414
Telephone: (307) 527-7891

</td><td>

/s/ Brian Molzahn, Esq.

Brian Molzahn, #33856
Attorney for Defendant, Earl W. Learned
d/b/a Atlantis Fireworks
1001 Seventeenth St., Ste 300
Denver, CO 80202
Telephone: (303) 628-3401

</td></tr>
</table>